IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHRISTOPHER STEWART,

      Appellant,

v.

SECRETARY, FLORIDA
DEPARTMENT OF
CORRECTIONS, et al.,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0921

Opinion filed December 6, 2016.

An appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

Christopher Stewart, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Mark Urban, Assistant Attorney General, and
Kenneth Steely, General Counsel, Tallahassee, for Appellee Department of
Corrections.

PER CURIAM.

      AFFIRMED.

RAY, KELSEY, and WINOKUR, JJ., CONCUR.